IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ELIZABETH A. THOMPSON, | * |
| Plaintiff, | *    Case No.: 4:16-cv-306 (CDL) |
| v. | * |
| HINSON-TADLOCK PEST CONTROL COMPANY, INC. d/b/a TADLOCK PEST CONTROL and JAMES EDWIN TADLOCK, individually, | * |
| Defendants. | * |

## ORDER APPROVING FLSA SETTLEMENT

The Parties, having jointly moved [Doc. 11] for the review and approval of their Settlement Agreement and General Release ("the Agreement") for good cause shown, the Court finds the terms of the Agreement to be fair and reasonable. Such terms include Defendants' payment of Ten Thousand Five Hundred Dollars ($10,500.00) to Plaintiff and Defendants' payment of Ten Thousand Dollars ($10,000.00) as attorneys' fees to Plaintiff's counsel in consideration of the Agreement and other good and sufficient consideration, including Plaintiff's agreement to dismiss this Lawsuit with prejudice. IT IS HEREBY ORDERED that the Agreement is APPROVED and the Parties may proceed to consummate the resolution of the matters as agreed. The Court shall retain jurisdiction to enforce the terms of the Agreement.

SO ORDERED this 26th day of April, 2017.

s/Clay D. Land
CLAY D. LAND
CHIEF UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA